THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH PATERRA, FRANK· SABATINO, ARTHUR VELUCCI, DANIEL SCARGLATO and CARMINE PARUOLO, Appellants.

(Argued May 28, 1934; decided July 3, 1934.)

*Robert S. Johnstone* for appellants.

*William Copeland Dodge, District Attorney (Philip A. Donahue* of counsel), for respondent.

Judgment as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.